# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>Juan Amrosio Lameiro Aguayo;<br>Sonia Caro Esteras<br><br>Debtor. | Bankruptcy Case: 14-03825<br><br>CHAPTER 11 |

## MOTION REQUESTING ORDER TO VACATE SCHEDULING ORDER AND TO CLOSE CASE ADMINISTRATIVELY

**TO THE HONORABLE COURT:**

**COMES NOW**, the United States of America, on behalf of the Internal Revenue Service, and through the undersigned attorneys very respectfully STATES and PRAYS:

1. On March 4, 2019, the IRS filed a motion to reopen the case given debtors failure to comply with the established Plan. Subsequently, the IRS filed a Motion to Dismiss for Debtor's material default with the Plan. At Present, the Debtor owes $30,643.11 in Plan arrears, including interests.

2. The Debtor has hired counsel Myriam Lozada and has sent payment in the amount of $30,643.11 to the Internal Revenue Service via Manager's Check No. 103117200010107 through certified mail, and agreed to continue regular Plan payments. Given the fact that the Debtors have placed their Plan payments to current as of August 2019 with this payment, and given the parties' willingness to continue with the Plan, it is respectfully requested from this Honorable Court to enter an order to vacate the current case schedule and hearings and proceed to close the case for administrative purposes.

[1]

WHEREFORE, it is respectfully requested from this Honorable Court to take notice of the above mentioned, and thereby issue an order vacating the scheduled proceedings and closing the case administratively.

## NOTICE PURSUANT TO PR LBR 5010-1

Within twenty one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE**: I hereby certify that I have filed the foregoing at the Clerk's Office of the U.S. Bankruptcy Court, District of Puerto Rico, using the CM/ECF Electronic Filing System, which will automatically notify all parties entitled to notice.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 21st day of August, 2019.

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney

*/s/ Hector E. Ramirez-Carbó*
Hector E. Ramirez-Carbó
USDC-214902
RUA 12287
Assistant United States Attorney
Chief, Civil Division
Torre Chardon, Suite 1201
350 Chardon Street
San Juan, PR   00918
Tel 787-766-5656
Fax 787-766-6219
Email: hector.e.ramirez@usdoj.gov