**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

IN RE:

**JUAN AMBROSIO LAMEIRO AGUAYO**
**SONIA CARO ESTERAS**
**aka SONIA ESTHER CARO ESTERAS**

xxx–xx–0869
xxx–xx–4356

Debtor(s)

Case No. **14–03825 EAG**

Chapter **11**

FILED & ENTERED ON 8/22/19

*ORDER*

The motion filed by Internal Revenue Service to vacate (docket #206) is hereby granted . Upon the Internal Revenue's motion the hearing set for September 11, 2019 is vacated and set aside. The clerk is to follow the closing of the case..

IT IS SO ORDERED.

In Ponce, Puerto Rico, this Thursday, August 22, 2019 .

Edward A. Godoy
United States Bankruptcy Judge